



DEC 21 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-11-339 WBS |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER FOR RELEASE OF ) PERSON IN CUSTODY |
| DUWAYNE LEDOUX, | ) |
| Defendants. | ) |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release DUWAYNE LEDOUX, Case No. CR.S-11-339-WBS from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $100,000.00

    _X_ Unsecured Appearance Bond ($51,000.00)

    _X_ Secured Appearance Bond ($49,000.00)

    _X_ (Other) Conditions as stated on the record.

    ___ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento on 12/21/11   12:45 pm

By _____
Carolyn K. Delaney
United States Magistrate Judge

1