JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
DUWAYNE LEDOUX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. S-11-CR-339 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | JOINT REQUEST AND [~~PROPOSED~~] |
| v. | ) | ORDER FOR A PRE-PLEA REPORT |
| | ) | CALCULATING MR. LEDOUX'S |
| | ) | CRIMINAL HISTORY |
| DUWAYNE LEDOUX, | ) | |
| | ) | Judge:  Hon. William B. Shubb |
| Defendant. | ) | |

        The Parties, Jason Hitt, Esq., Assistant United States Attorney, and counsel for defendant

Duwayne Ledoux, John R. Manning, Esq., jointly request the Court order the United States

Probation Department to draft a pre-plea report for the sole purpose of calculating defendant

Duwayne Ledoux's criminal history.  Mr. Ledoux's criminal history is sufficiently complicated

(involving [allegedly] old and out of State convictions) that a pre-plea report is necessary to

assist the parties in resolving the matter.

        Respectfully submitted,

Dated: July 3, 2012                    /s/ John Manning
                                       JOHN R. MANNING
                                       Attorney for Defendant
                                       Duwayne Ledoux

1

2

Dated: July 3, 2012                          Benjamin B. Wagner

3                                            United States Attorney

4                              by:     /s/ Jason Hitt

5                                      Jason Hitt
                                       Assistant U.S. Attorney
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
DUWAYNE LEDOUX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. S-11-CR-339 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOR A PRE-PLEA REPORT |
| v. | ) | CALCULATING MR. LEDOUX'S |
| | ) | CRIMINAL HISTORY |
| | ) | |
| DUWAYNE LEDOUX, | ) | Judge:  Hon. William B. Shubb |
| | ) | |
| Defendant. | ) | |

UPON GOOD CAUSE SHOWN and the joint request of the Parties, it is ordered the

United States Probation Department draft a pre-plea report for the sole purpose of calculating

defendant Duwayne Ledoux criminal history.

IT IS SO ORDERED.

Dated:   July 5, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3