JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
DUWAYNE LEDOUX

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DUWAYNE LEDOUX, <br><br> Defendant. | No. CR-S-11-339 WBS <br><br> STIPULATION AND [~~PROPOSED~~ ORDER] CONTINUING STATUS CONFERENCE <br><br> Date:  October 29, 2012 <br> Time:  9:30 a.m. <br> Judge:  Honorable William B. Shubb |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jason Hitt, Assistant United States Attorney, together with counsel for defendant Duwayne Ledoux, John R. Manning, Esq., that the status conference presently set for September 10, 2012 be **continued to October 29, 2012, at 9:30 a.m.,** thus **vacating** the presently set status conference.

Defense counsel requires additional time to review the discovery and perform investigation. Additionally, counsel for the defense has recently received the pre-plea criminal history report prepared by USPO and additional time is needed to review the information.

Therefore, counsel for the parties stipulate and agree the interests of justice served by granting this continuance outweigh the best interests of the defendants and the public in a speedy trial. 18 U.S.C. 3161(h)(7)(A) (continuity of counsel/ reasonable time for effective preparation)

1

and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, October 29, 2012.

IT IS SO STIPULATED.

Dated: September 6, 2012      /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Duwayne Ledoux

Dated: September 6, 2012      Benjamin B. Wagner
United States Attorney

by:   /s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
DUWAYNE LEDOUX

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-11-0339 WBS |
| Plaintiff, | ) ORDER TO |
| v. | ) CONTINUE STATUS CONFERNCE |
| DUWAYNE LEDOUX, | ) |
| Defendant. | ) |

  Based on the stipulation of the parties and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.  Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation, September 10, 2012, through and including October 29, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code

T4.  A new status conference date is hereby set from the date of this order to October 29, 2012 at 9:30 a.m.


IT IS SO ORDERED.
Dated: September 10, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE