JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
DUWAYNE LEDOUX

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DUWAYNE LEDOUX,<br><br>    Defendant. | No. CR-S-11-339-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>Date:  March 13, 2014<br>Time:  9:30 a.m.<br>Judge: Honorable Troy L. Nunley |

The United States of America through its undersigned counsel, Jason Hitt, Assistant United States Attorney, together with counsel for defendant Duwayne Ledoux, John R. Manning, Esq., hereby stipulate the following:

1. By previous order, this matter was set for status conference on January 16, 2014.

2. By this stipulation, defendant now moves to continue the status conference until March 13, 2014 and to exclude time between January 16, 2014 and March 13, 2014 under the Local CodeT-4 (to allow defense counsel time to prepare).

3. The parties agree and stipulate, and request the Court find the following:

   a. Counsel for the defendant needs additional time to meet with the defendant in order to review the discovery; review investigation reports, discuss and analyze relevant

1

   USSG calculations; and, review the pre-plea criminal history report prepared by USPO.

   b. Currently the discovery includes 1,197 pages of discovery.

   c. Counsel for defendant believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d. The Government does not object to the continuance.

   e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial within the original date prescribed by the Speedy Trial Act.

   f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of January 16, 2014 and March 13, 2014 inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) ) and (B)(ii) and (iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

///

IT IS SO STIPULATED.

Dated:  January 13, 2014                          /s/  John R. Manning
                                                  JOHN R. MANNING
                                                  Attorney for Defendant
                                                  Duwayne Ledoux


Dated: January 13, 2014                           Benjamin B. Wagner
                                                  United States Attorney

                                       by:        /s/  Jason Hitt
                                                  JASON HITT
                                                  Assistant U.S. Attorney

## ORDER

IT IS SO FOUND AND ORDERED this 15th day of January, 2014.



_____
Troy L. Nunley
United States District Judge