```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, Suite 204
Sacramento, California 95814
Telephone: (916) 444-3994
Facsimile: (916) 447-0931
Email: jmanninglaw@yahoo.com

Attorney for Defendant
DUWAYNE LEDOUX
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DUWAYNE LEDOUX,<br><br>　　　　Defendant. | Case No.: CR.S-11-339-TLN<br><br>APPLICATION FOR TRANSPORTATION ORDER; ORDER FOR TRANSPORTATION PURSUANT TO 18 U.S.C. 4285 |

### Procedural History

　　　Defendant Duwayne Ledoux is scheduled for a Trial Confirmation Hearing on September 10, 2015.  Mr. Ledoux has been out of custody on a secured bond, living at his home in Kodiak, Alaska, since December 21, 2011.  Since his release on bond, Mr. Ledoux has consistently complied with all terms of his release and there have been no issues of any kind.

　　　Mr. Ledoux's health is severely compromised (Diabetes and Hep C) and, as a result, he is only able to work infrequently and is unable to afford transportation to and from the Trial Confirmation Hearing (where his personal appearance is required).

**Application**

Application is hereby made for an Order for Transportation and subsistence for defendant Duwayne Ledoux to enable him to attend his detention hearing in the above-referenced matter scheduled for September 10, 2015 at 9:30 a.m. before the Hon. Troy L. Nunley.

Mr. Ledoux has advised counsel that he is unable to afford travel and is requesting that transportation be arranged for his one way travel from Kodiak, Alaska, to Sacramento, California on September 9, 2015 so that he may confer with counsel after his arrival and before the Trial Confirmation Hearing.  Mr. Ledoux requests transportation be arranged for his one-way travel after the Trial Confirmation Hearing from Sacramento, California to Kodiak, Alaska on September 11, 2015 (or sooner – if possible).

Because of the timing of the hearing and the length of travel, Mr. Ledoux further requests hotel fare as needed.

Wherefore, in the interests of justice, the Court is requested to arrange for Duwayne Ledoux's means of noncustodial transportation or furnish the fare for such transportation to the place where his appearance is required; to direct the United States Marshal to furnish Duwayne Ledoux with an amount of money for subsistence expenses; including, but not limited to, hotel fare as needed, not to exceed the amount authorized as a per diem allowance for travel under Section 5702(a) of Title 5, United States Code, and pursuant to 18 U.S.C. Section 4285.

///
///
///

Dated: September 3, 2015        Respectfully Submitted,

/s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Duwayne Ledoux

**ORDER**

**TO: UNITED STATES MARSHAL, EASTERN DISTRICT OF CALIFORNIA. GOOD CAUSE APPEARING, AND IN THE INTERESTS OF JUSTICE, IT IS ORDERED THAT:**

The United States Marshal for the Eastern District of California is authorized and directed to furnish the above-named defendant, Duwayne Ledoux, with one-way transportation from Kodiak, Alaska, to Sacramento, California on September 9, 2015 for Mr. Ledoux's appearance at his Trial Confirmation Hearing on September 10, 2015 at 9:30 a.m., before the Hon. Troy L. Nunley the United States District Court for the Eastern District of California; and subsistence not to exceed the amount authorized as a per diem allowance for travel under Section 5702(a) of Title 5, United States Code; and for Mr. Ledoux's one-way return after the Trial Confirmation Hearing from Sacramento, California to Kodiak, Alaska on September 11, 2015 (or sooner). Additionally, this request includes and contemplates hotel fare as needed.

Mr. Ledoux is indigent and financially unable to travel to Sacramento, California and return to Kodiak, Alaska without transportation and hotel expenses.  This request is authorized pursuant to 18 U.S.C. Section 4285.

///

///

1 **IT IS SO ORDERED.**

3 Dated: September 3, 2015

Troy L. Nunley
United States District Judge