BENJAMIN B. WAGNER
United States Attorney
JASON HITT
JEAN M. HOBLER
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:11-CR-00339-TLN |
|---|---|
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| DUWAYNE LEDOUX, | |
| Defendant. | |

WHEREAS, on or about December 1, 2015, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a) and 31 U.S.C. § 5317(c)(1), based upon the plea agreement entered into between plaintiff and defendant Duwayne LeDoux forfeiting to the United States the following property:

    a.    One 1979 20' Aluminum Outboard Runabout/Skiff, Hull ID Number AKZC0710K900, Alaska Registration Number AK-3603-H, with Associated Trailer, and

    b.    $19,700 in U.S. currency seized from LEDOUX's residence pursuant to a state search warrant.

AND WHEREAS, beginning on December 2, 2015, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the

validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a) and 31 U.S.C. § 5317(c)(1), to be disposed of according to law, including all right, title, and interest of Duwayne LeDoux.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Internal Revenue Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 2nd day of February, 2016.

_____
Troy L. Nunley
United States District Judge