JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
Duwayne Ledoux

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DUWAYNE LEDOUX,<br><br>    Defendant. | No. 2:11-CR-339-WBS<br><br>APPLICATION AND [~~PROPOSED~~]<br>ORDER EXONERATING BOND |

On December 10, 2015, defendant Duwayne Ledoux was sentenced and the case is now closed. Defendant previously posted a $49,000.00 appearance bond secured by a deed of trust. Accordingly, the surety for the defendant's bail bond is entitled to the release of the home's title, and it is respectfully requested that this Court direct the Clerk of the Court to reconvey title forthwith, and that the bond be exonerated.

DATED:  March 7, 2015        /s/ John R. Manning
                             Attorney for Defendant
                             Duwayne Ledoux

IT IS SO ORDERED.

DATED:  March 7, 2016

HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1